No. 04–8478. BERGER v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 980;

No. 04–8932. DIXON v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 981;

No. 04–8942. LEVY v. UNITED STATES. C. A. 11th Cir. Reported below: 374 F. 3d 1023;

No. 04–9084. HOLLAND v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 982;

No. 04–9828. MILLER v. UNITED STATES. C. A. D. C. Cir. Reported below: 395 F. 3d 452;

No. 04–9864. CLARK v. UNITED STATES. C. A. 6th Cir. Reported below: 112 Fed. Appx. 481;

No. 04–9865. CESAL v. UNITED STATES. C. A. 11th Cir. Reported below: 391 F. 3d 1172;

No. 04–9867. SANCHEZ v. UNITED STATES. C. A. 10th Cir. Reported below: 118 Fed. Appx. 480;

No. 04–9916.  GARCIA-MEJIA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 394 F. 3d 396;

No. 04–9917.  SAVAGE *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 390 F. 3d 823; and

No. 04–10020.  SETTLE *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 394 F. 3d 422.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).